ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/14/2025 2:35 PM
CHRISTOPHER A. PRINE
CLERK

## No. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/14/2025 2:35:51 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS

AUSTIN, TEXAS

Cecile E. Young, in her official capacity as Executive Commissioner of Texas Health & Human Services Commission, Molina Healthcare of Texas, Inc.; and Aetna Better Health of Texas, Inc.

*Appellant,*

v.

Cook Children's Health Plan, Texas Children's Health Plan, Superior HealthPlan, Inc., and Wellpoint Insurance Company,
*Appellees.*

Appeal from 455th Judicial District Court, Travis County, Texas,
Trial Court Cause No. D-1-GN-24-003839,
Hon. Laurie Eiserloh, Presiding

**MARC J. KESSLER'S UNOPPOSED
MOTION FOR ADMISSION PRO HAC VICE
AS COUNSEL FOR AETNA BETTER HEALTH OF TEXAS INC.**

TAFT STETTINIUS & HOLLISTER LLP
Marc J. Kessler
Ohio Bar No. 0059236
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
(614) 220-0237

EWELL, BROWN, BLANKE & KNIGHT LLP
Joseph R. Knight
State Bar No. 11601275
111 Congress Ave., Suite 2800
Austin, Texas 78701
(512) 770-4010

**ATTORNEYS FOR APPELLANT AETNA BETTER HEALTH OF TEXAS, INC.**

Under Texas Government Code section 82.0361 and Rule 19 of the Rules Governing Admission to the Bar of Texas, Marc J. Kessler moves the Court to grant this motion pro hac vice and allow him to appear before the Court as counsel for Aetna Better Health of Texas, Inc. This motion is unopposed.

Marc J. Kessler is a resident of and practices law in Columbus, Ohio. His contact information is:

Marc J. Kessler
TAFT STETTINIUS & HOLLISTER LLP
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
Phone 614.220.0237
Fax 614.221.2007
mkessler@taftlaw.com

Marc J. Kessler is associated with resident attorney Joseph R. Knight, who will personally participate in this case. Joseph R. Knight is a practicing attorney and member of the State Bar of Texas. His contact information is:

Joseph R. Knight
EWELL, BROWN, BLANKE & KNIGHT LLP
State Bar No. 11601275
111 Congress Ave., Suite 2800
Austin, Texas 78701
(512) 770-4010
jknight@ebbklaw.com

Marc J. Kessler has not appeared or sought to appear in any Texas court within the past two years. He is admitted to the Bar of the state of Ohio and is also admitted to practice in the United States District Courts for the Northern and Southern Districts of Ohio and the United States Court of Appeals for the Sixth and Ninth Circuits. Marc J. Kessler is an active member in good standing in each of those jurisdictions.

Marc J. Kessler has not been the subject of any disciplinary action by the state bar or courts of any jurisdiction in which he is licensed within the preceding five years, and there are no pending disciplinary proceedings against him as a member of any jurisdiction.

Marc J. Kessler has not been denied admission to the courts of any state or to any federal court during the preceding five years.

Marc J. Kessler is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and will at all times abide by and comply with those rules as long as this cause of action is pending.

A copy of the Texas Board of Law Examiners Non-Resident Acknowledgement Letter acknowledging receipt of Marc J. Kessler's application for pro hac vice admission and payment of the admission fee is attached hereto as Exhibit A.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP
/s/ *Marc J. Kessler*
Marc J. Kessler
Ohio Bar No. 0059236
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
(614) 220-0237

EWELL, BROWN, BLANKE & KNIGHT LLP
/s/ *Joseph R. Knight*
Joseph R. Knight
State Bar No. 11601275
111 Congress Avenue, 28th Floor
Austin, Texas 78701
512.770.4010
877.851.6384 (fax)
jknight@ebbklaw.com

*Attorneys for Aetna Better Health of Texas, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that I conferred by telephone with counsel for all parties to this appeal, and all parties are unopposed to the relief sought in this motion.

/s/ *Joseph R. Knight*
Joseph R. Knight

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document has been served on all counsel of record on July 14, 2024, via the Court's electronic filing service.

/s/ *Joseph R. Knight*
Joseph R. Knight

# EXHIBIT A

# Board of Law Examiners

Appointed by the Supreme Court of Texas

June 27, 2025

Marc J. Kessler
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: Marc J. Kessler**

**Case: 15-24-00114-CV**

**Texas court or body: Fifteenth Court of Appeals, Austin, Texas**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103100754
Filing Code Description: Motion
Filing Description: Unopposed Motion to Appear Pro Hac Vice
Status as of 7/14/2025 2:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 7/14/2025 2:35:51 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 7/14/2025 2:35:51 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 7/14/2025 2:35:51 PM | SENT |
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 7/14/2025 2:35:51 PM | SENT |
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 7/14/2025 2:35:51 PM | SENT |
| Robert Johnson | 10786400 | rjohnson@foley.com | 7/14/2025 2:35:51 PM | SENT |
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 7/14/2025 2:35:51 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 7/14/2025 2:35:51 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 7/14/2025 2:35:51 PM | SENT |
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 7/14/2025 2:35:51 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 7/14/2025 2:35:51 PM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 7/14/2025 2:35:51 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 7/14/2025 2:35:51 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 7/14/2025 2:35:51 PM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 7/14/2025 2:35:51 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 7/14/2025 2:35:51 PM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 7/14/2025 2:35:51 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 7/14/2025 2:35:51 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 7/14/2025 2:35:51 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 7/14/2025 2:35:51 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 7/14/2025 2:35:51 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 7/14/2025 2:35:51 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103100754
Filing Code Description: Motion
Filing Description: Unopposed Motion to Appear Pro Hac Vice
Status as of 7/14/2025 2:51 PM CST

Case Contacts

| Kristin Hernandez | | kristin.hernandez@foley.com | 7/14/2025 2:35:51 PM | SENT |
|---|---|---|---|---|
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 7/14/2025 2:35:51 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 7/14/2025 2:35:51 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 7/14/2025 2:35:51 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 7/14/2025 2:35:51 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 7/14/2025 2:35:51 PM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 7/14/2025 2:35:51 PM | SENT |
| David Johns | | david@cobbjohns.com | 7/14/2025 2:35:51 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 7/14/2025 2:35:51 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 7/14/2025 2:35:51 PM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 7/14/2025 2:35:51 PM | SENT |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 7/14/2025 2:35:51 PM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 7/14/2025 2:35:51 PM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 7/14/2025 2:35:51 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 7/14/2025 2:35:51 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 7/14/2025 2:35:51 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 7/14/2025 2:35:51 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 7/14/2025 2:35:51 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 7/14/2025 2:35:51 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 7/14/2025 2:35:51 PM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 7/14/2025 2:35:51 PM | SENT |